08 CV 6559

JUDGE CROTTY

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| JEFFREY B. KLEIN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRINT SPECTRUM L.P.,<br><br>Defendant. | DOCKET NO.<br><br>RECEIVED<br>JUL 23 2008<br>U.S.D.C. S.D.N.Y.<br>CASHIERS |

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Sprint Spectrum, L.P. certifies that Sprint Nextel Corporation, is a publicly held corporation, that owns more than a 10% interest in Sprint Spectrum L.P.

KELLEY DRYE & WARREN LLP

By _____
Joseph A. Boyle
Seunghwan Kim

ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM, L.P.