UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY B. KLEIN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>US SPRINT COMMUNICATIONS COMPANY and US TELECOM, INC., and SPRINT SPECTRUM L.P.<br><br>Defendant. | CIVIL ACTION NO. 08 CV 6559 (PAC)<br><br>**AFFIDAVIT OF SERVICE<br>BY FIRST CLASS MAIL** |

STATE OF NEW YORK       )
                                              : SS.:
COUNTY OF NEW YORK )

Rodney F. Felder, being duly sworn, deposes and states:

1. I am not a party to this action, am over 18 years of age.

2. On 23rd day of July, 2008, I served the NOTICE OF FILING OF REMOVAL, RULE 7.1 STATEMENT, SDNY ELECTRONIC FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF JUDGE PAUL A CROTTY AND INDIVIDUAL PRACTICES OF MAGISTRATE GABRIEL W. GORENSTEIN upon the following party at the address designated by them for service of papers:

Harry I. Katz
Harry I. Katz, P.C.
61-25 Utopia Parkway
Fresh Meadows, NY 11365

by depositing true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

_____
Rodney F. Felder

Sworn to before me this
28th day of July, 2008.

_____
Notary Public

DAVID CALDWELL
Notary Public, State of New York
No. 01CA6153217
Qualified in New York County
Commission Expires September 25, 2010