07/30/2008 13:23 FAX 718 886 3410     HARRY I KATZ PC

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Defendant
Sprint Spectrum, L.P.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008
```

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY B. KLEIN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRINT SPECTRUM L.P.,<br><br>Defendant. | CIVIL ACTION NO. 08-cv-6559<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND |

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendant through their respective counsel, subject to the approval of the Court, that Sprint Spectrum L.P.'s time to answer, move or otherwise respond to the complaint which is currently due on July 30, 2008, shall be extended up to and including August 29, 2008.

DATED this 28th day of July, 2008.

1

| KELLEY DRYE & WARREN LLP | HARRY KATZ P.C. |
|---|---|
| _____ | _____ |
| JOSEPH A. BOYLE | HARRY KATZ |
| VINCENT P. RAO, II | 61-25 Utopia Parkway |
| 101 Park Avenue | Fresh Meadows, NY 11325 |
| New York, New York 10178 | |

SO ORDERED: Aug 4 2008

_____
Paul A. Crotty, USDJ