


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

JEFFREY B. KLEIN, on behalf of himself and others similarly situated,

Plaintiffs,

-against-

SPRINT SPECTRUM L.P.,

Defendant.

DOCKET NO.

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Sprint Spectrum, L.P. certifies that Sprint Nextel Corporation, is a publicly held corporation, that owns more than a 10% interest in Sprint Spectrum L.P.

KELLEY DRYE & WARREN LLP

By _____
Joseph A. Boyle
Seunghwan Kim

ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM, L.P.