KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 539-0099
Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY B. KLEIN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SPRINT SPECTRUM L.P.,<br><br>Defendants. | JURY TRIAL DEMANDED<br><br>INDEX NO. 08-cv-6559<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on this 29th day of August, 2008, a copy of the foregoing ANSWER was filed electronically. A copy of this filing was sent via FedEx to the following:

Harry I. Katz, P.C.
61-25 Utopia Parkway
Fresh Meadows, New York 11365

DATED: August 29, 2007

          KELLEY DRYE & WARREN LLP
          Attorneys for Defendant

          By  *Joseph A. Boyle*
              Joseph A. Boyle, Esq.
              Vincent P. Rao, II, Esq.